UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAMUEL HOLT, individually,<br><br>    Plaintiff,<br><br>v.<br><br>ADA COUNTY, an entity of an unknown form,<br><br>    Defendant. | Case No. 1:18-cv-00090-EJL-REB<br><br>**ORDER** |

On April 2, 2019, the Court entered an Order granting the Plaintiff's Motion to Withdraw as counsel. (Dkt. 25.) Counsel for Plaintiff was directed to serve a copy of the Order upon the Plaintiff. (Dkt. 25.) The Order required Plaintiff to file a written notice with the Court stating how and by whom he would be represented within twenty-one days of proof of service of the Order consistent with Local Civil Rule 83.6(c)(2). The Order also notified Plaintiff that failure to appear in this action within the twenty-one day time period "will be sufficient grounds for entry of default against him or dismissal of his action with prejudice and without further notice." (Dkt. 25); Local Civ. R. 83.6(c)(2).

The Order was served upon Plaintiff on April 2, 2019. (Dkt. 27.) More than twenty-one days has passed since the date of the filing of the Proof of Service and the Plaintiff has failed to file the requisite notice of appearance as directed by the Court and required by

Local Civil Rule 83.6(c)(2). (Dkt. 27.) Accordingly, the Court dismisses this action with prejudice pursuant to Local Civil Rule 83.6(c)(2).

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the above-captioned civil matter is **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is directed to serve a copy of this Order on Defendant in the normal course and upon Plaintiff at the address stated on the Proof of Service (Dkt. 27).



DATED: May 17, 2019

_Edward J. Lodge_
Honorable Edward J. Lodge
United States District Court